Case 1:18-cv-12355-MKV-DCF Document 167 Filed 03/21/22 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHABTAI SCOTT SHATSKY, individually
and as personal representative of the Estate of
Keren Shatsky, et al.,

                     Plaintiffs,

   -against-                                                 18 **CIVIL** 12355 (MKV)

THE PALESTINE LIBERATION                       **JUDGMENT**
ORGANIZATION and THE PALESTINIAN
AUTHORITY (a/k/a "The Palestinian Interim
Self-Government Authority" and/or "The
Palestinian National Authority),

                     Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2022, Defendants' motion to dismiss for lack of personal jurisdiction is GRANTED. Defendants' motion for summary judgment is DENIED as moot. All outstanding motions to seal filings and strike exhibits are DENIED [ECF Nos. 137, 138, 142, 147, 158].

**Dated:** New York, New York

      March 21, 2022

                                                                        **RUBY J. KRAJICK**

                                                                          Clerk of Court
                                                    **BY:**
                                                                           **Deputy Clerk**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/21/2022*