UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-791

**Caption [use short title]**

**Motion for:** Stay of Appeal pending disposition of related case

Shatsky,

v.

Palestine Liberation Organization

**Set forth below precise, complete statement of relief sought:**
Stay of proceedings in this matter pending ultimate conclusion of a related appeal, Fuld v Palestine Liberation Organization, No. 22-76, now pending in this Court.

**MOVING PARTY:** Plaintiff - Appellant
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** PLO

**MOVING ATTORNEY:** Robert J. Tolchin
**OPPOSING ATTORNEY:** Mitchell R. Berger
[name of attorney, with firm, address, phone number and e-mail]

The Berkman Law Office, LLC
111 Livingston St., Ste. 1928, Brooklyn NY
11201 718-855-3627

Squire Patton Boggs (US) LLP, 2550 M Street NW
Washington, DC 20037, 202 457 5601
(See additional sheet)

**Court-Judge/Agency appealed from:** SDNY

**Please check appropriate boxes:**
Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Robert J. Tolchin  **Date:** 4-25-22  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

**Additional Opposing Counsel:**

Benjamin Henry Torrance

U.S. Attorney's Office, SDNY (Chambers Street)

86 Chambers Street

New York, NY 10007

212-637-2703