# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-two.

Before:     Myrna Pérez,
                *Circuit Judge,*

_____

Shabtai Scott Shatsky, et al.,

       Plaintiffs - Appellants,           **ORDER**

v.                                                      Docket No. 22-791

Palestine Liberation Organization,
Palestinian Authority, AKA Palestinian
Interim Self-Government, AKA
Palestinian National Authority,

       Defendants – Appellees.

_____

Appellants request that the Court hold this appeal in abeyance until the ultimate conclusion of a related appeal, 2d Cir. Docket No. 22-76(L), *Fuld v. Palestine Liberation Organization*.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

                                                       For the Court:
                                                       Catherine O'Hagan Wolfe,
                                                     Clerk of Court