**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: May 25, 2022
Docket #: 22-791
Short Title: Shatsky v. The Palestine Liberation Organ

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 18-cv-12355
DC Court: SDNY (NEW YORK CITY)
DC Judge: Vyskocil
DC Judge: Freeman

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8512.