# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand twenty-two.

_____

Shabtai Scott Shatsky, et al.,

      Plaintiffs - Appellants,

United States of America,

      Intervenor - Appellant,

Miriam Fuld, et al.,

      Intervenors,

v.

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government, AKA Palestinian National Authority,

      Defendants - Appellees.

_____

**ORDER**

Docket Nos. 22-791(L), 22-1138(Con)

The Government moves to hold the appeal under docket number 22-1138 in abeyance on the same terms that 22-791 has already been placed in abeyance.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

